FILED
GREAT F LLS

IN THE UNITED STATES DISTRICT COURT 3 AM 11 45

FOR THE DISTRICT OF MONTANA PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

GREAT FALLS DIVISION

| | |
|---|---|
| CAMERON STANDING ROCK,<br><br>Plaintiff,<br><br>vs.<br><br>DARCY LARSON, R.N.; MARTIN FRINK, WARDEN; and LT. ROBERT JOHNSON,<br><br>Defendants. | No. CV-11-61-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on December 8, 2011.[1] Plaintiff filed objections on December 28, 2011.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 5

[2] Document No. 7

ORDERED:

1. Plaintiff's Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. The filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

3. Any appeal from this disposition would not be taken in good faith as Plaintiff's claims are frivolous. Fed. R. App. P. 24(a)(3)(A).

4. The Clerk is directed to enter judgment accordingly.

DATED this 2nd day of January, 2012.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge